UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CRIMINAL ACTION NO. 3:19-CR-00074-GNS

UNITED STATES OF AMERICA                                        PLAINTIFF

v.

RAPHAEL TENNYSON (1)                                            DEFENDANT

## ORDER

This matter came before the Court on February 24, 2020, for a motion hearing. There appeared Mr. Thomas W. Dyke, Assistant United States Attorney, and Defendant Raphael Tennyson, present in custody, with Court-appointed counsel, Ms. Laura Wyrosdick, Assistant Federal Defender. The proceedings were recorded by April Dowell, Official Court Reporter.

Court Appointed Attorney Laura Wyrosdick having moved the Court to withdraw from Mr. Tennyson's case due to a conflict of interest;

**IT IS ORDERED** the **motion to withdraw (DN 31)** is granted. Laura Wyrosdick and the Office of the Federal Defender is granted leave to withdraw as counsel for the defendant Raphael Tennyson and is hereby relieved of all further responsibility herein;

**IT IS FURTHER ORDERED** that Brian Butler is appointed to represent the defendant pursuant to the Criminal Justice Act by further order. The jury trial scheduled for March 4, 2020 is remanded from the Court's calendar. The Defendant is scheduled for **arraignment on the Superseding Indictment with Magistrate Judge Edwards on 2/27/2020 at 9:30 a.m. ET**. A **telephonic further proceeding with counsel is scheduled for March 9, 2020 at 2:45 p.m. ET**. If this matter needs to be advanced on the Court's docket for any reason, counsel shall contact the Court's Deputy, Ms. Traci Duff at (270) 393-2505 or traci_duff@kywd.uscourts.gov.

**IT IS FINALLY ORDERED** pursuant to 18 USC §3161(h)(7)(A), §3161(h)(7)(B)(i), and §3161(h)(7)(B)(iv), the period of delay between **February 24, 2020** and **March 9, 2020** is excluded from the time allowed under the Speedy Trial Act.

Greg N. Stivers, Chief Judge
United States District Court

February 25, 2020

cc:   Counsel of Record

LV 0|02